AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Donna Dianne Kelly ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    5:19-cv-692-JMC |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is reversed and this case remanded for further administrative action pursuant to sentence four of 42 U.S.C., Section 405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge who accepted the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Court Judge.

Date:    August 27, 2020                              *CLERK OF COURT*

                                                                 s/ Glenda J. Nance
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*